# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
Appellant,
vs.
ROMAN DEMITRUS WELSH,
Respondent.

No. 75428

FILED

JUN 01 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting a motion to suppress. Eighth Judicial District Court, Clark County; Eric Johnson, Judge. Appellant has filed a motion to voluntarily dismiss this appeal. Cause appearing, we grant the motion. This appeal is dismissed.

It is so ORDERED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc:   Hon. Eric Johnson, District Judge
      Attorney General/Carson City
      Clark County District Attorney
      Special Public Defender
      Eighth District Court Clerk

18-2091/